**ORIGINAL**

**SEALED**

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>FNU LNU, using phone numbers<br>last four digits 8005 and 9030<br>a/k/a "Palencia"<br><br>*Defendant* | ) Case No. 2:25cr133<br>) FID: 11885005<br>)<br>)<br>) |

RECEIVED UNITED STATES MARSHAL 2025 NOV -6 P 12:18 EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FNU LNU, using phone numbers last four digits 8005 and 9030 a/k/a "Palencia",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.18:371 - Conspiracy to Defraud and Commit Offenses Against the United States

Date: 11/05/2025

*Issuing officer's signature*

City and state: Norfolk, VA

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/13/2025, and the person was arrested on *(date)* 11/13/2025
at *(city and state)* Parksley, VA.

Date: 11/13/2025

*Arresting officer's signature*

Jason Brumbelow SA
*Printed name and title*

Subject identified as Omar Lopez-Albares