IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:25-cr-133 |
| | ) | |
| JOHN BERNARD MITCHUM, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America by and through its attorneys, Lindsey Halligan, United States Attorney, Eastern District of Virginia, and D. Mack Coleman and E. Rebecca Gantt, Assistant United States Attorneys, respectfully requests that the above-captioned indictment returned on November 5, 2025, be unsealed.

The need for sealing no longer exists.    Three of the four defendants have now been arrested, and the fourth defendant has been informed of the indictment via counsel and directed to appear for an initial appearance and arraignment.


Respectfully submitted,

Lindsey Halligan
United States Attorney


By:    /s/_____
        E. Rebecca Gantt
        Assistant United States Attorney
        Eastern District of Virginia – Norfolk
        101 W. Main St., Suite 8000

Norfolk, Virginia 23510
Tel. (757) 441-6331
Fax: (757) 441-6689
Email:   rebecca.gantt@usdoj.gov

By:      /s/_____
D. Mack Coleman
Assistant United States Attorney
Eastern District of Virginia – Newport News
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Email:   mack.coleman@usdoj.gov